UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PENNSYLVANIA HIGHER ) | |
| EDUCATION ASSISTANCE AGENCY ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-CV-125 |
| v. ) | |
| ) | Collier/Carter |
| NANCY J. REINHART, ) | |
| ) | |
| Defendant. | |

### O R D E R

On March 8, 2012, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), United States Magistrate Judge William B. Carter filed a report and recommendation ("R&R") in this case (Court File No. 11). In the R&R, Judge Carter recommended Plaintiff Pennsylvania Higher Education Assistance Agency ("Plaintiff")'s motion for default judgment (Court File No. 7) be denied. The R&R also recommends Plaintiff be given a reasonable time to amend its complaint to clarify how and why Plaintiff is entitled to obtain judgment for Defendant Nancy J. Reinhart ("Defendant")'s default, if any. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **DENIES** Plaintiff's motion for default judgment (Court File No. 7). The Court hereby **GRANTS** Plaintiff thirty days from the issuance of this order to amend its complaint to clarify how and why Plaintiff is entitled to obtain judgment for Defendant's default, if any.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**